IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DIANA BAGAIN | ) | Case No: 08-22648 |
| | ) | Chapter 7 |
| | ) | |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

Claim 7 – Dr. Bhavsar & Keshvani, c/o Komyatte & Assoc., 9650 Gordon Drive, Highland, Indiana 46322 - $3.44

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 114 in amount of $1.71 payable to the Clerk, U.S. Bankruptcy Court.

Dated:  September 14, 2009

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 14th day of September, 2009, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov

And by regular first class mail upon:
Dr. Bhavsar & Keshvani, c/o Komyatte & Assoc., 9650 Gordon Drive, Highland, IN 46322

/s/KENNETH A. MANNING, TRUSTEE
KENNETH A. MANNING, TRUSTEE